NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIT ASSOCIATES, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, PLATINUM SERVICES, INC.,**
*Defendants-Appellees*

---

2015-5105

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00254-EDK, Judge Elaine Kaplan.

---

**ON MOTION**

---

**O R D E R**

WIT Associates, Inc. moves unopposed for a 45-day extension of time, until October 15, 2015, to file its opening brief. David J. Taylor moves unopposed to withdraw as principal counsel for WIT Associates. WIT Associates separately moves to substitute Anuj Vohra as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion withdrawing David J. Taylor as principal counsel is granted.

(3) The motion to substitute Anuj Vohra as principal counsel is granted. Mr. Vohra is ordered to file an entry of appearance reflecting his designation as principal counsel within seven days of the date of this order.

(4) All other pending motions are denied as moot.

            FOR THE COURT

            /s/ Daniel E. O'Toole
            Daniel E. O'Toole
            Clerk of Court

s25